# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Janice Ann McCowan,<br><br>Defendant. | No. CR 17-00839-001-TUC-CKJ (EJM)<br><br>**ORDER** |

On February 2, 2018, Magistrate Judge Eric J. Markovich issued a Report and Recommendation ("R&R") (Doc. 85) in which he recommended Defendant Janice Ann McCowan's Motion to Suppress Evidence obtained in violation of the Fourth Amendment (Doc. 58) and Motion to Suppress Statements obtained in violation of the Fifth Amendment (Doc. 59) be denied. The R&R notified the parties they had fourteen (14) days from the date of the R&R to file any objections. No objections have been filed.

The standard of review applied to a magistrate judge's report and recommendation is dependent upon whether a party files objections – the Court need not review portions of a report to which a party does not object. *Thomas v. Arn*, 474 U.S. 140, 150 (1985). However, the Court must "determine *de novo* any part of the magistrate judge's disposition that has been properly objected to. The district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions." Fed.R.Civ.P. 72(b)(3); *see also* 28 U.S.C. § 636(b)(1). Nonetheless, "while the statute does not require the judge to review an issue *de*

*novo* if no objections are filed, it does not preclude further review by the district judge, *sua sponte* or at the request of a party, under a *de novo* or any other standard." *Thomas*, 474 U.S. at 154.

The Court has reviewed and considered the pending motions (Docs. 58, 59), the corresponding responses (Docs. 64, 65), transcripts of the motion hearing (Docs. 77, 82), the related exhibits, and the R&R (Doc. 85).

Accordingly, after an independent review, IT IS ORDERED:

1. The Report and Recommendation (Doc. 85) is ADOPTED.
2. The Motion to Suppress Evidence (Doc. 58) and the Motion to Suppress Statements (Doc. 59) are DENIED.

Dated this 21st day of February, 2018.

_____
Honorable Cindy K. Jorgenson
United States District Judge